IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID OSEI,

Petitioner,

v.

NEAL BAKER, et al.,

Respondents.

CASE NO. 2:07-cv-597
JUDGE HOLSCHUH
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On October 10, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were specifically advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED**.

IT IS SO ORDERED.

11-29-07

JOHN D. HOLSCHUH
United States District Judge